**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1400**

TAYLOR STONE WITT,

       Plaintiff – Appellant,

    v.

CABLE AD CONCEPTS, INCORPORATED, a Washington corporation;
NORTHLAND CABLE COMMUNICATIONS CORPORATION, a Washington
corporation,

       Defendants – Appellees,

    and

CABLE AD CONCEPTS; NORTHLAND CABLE COMMUNICATIONS
CORPORATION,

       Defendants.

Appeal from the United States District Court for the District of
South Carolina, at Anderson. Henry F. Floyd, District Judge.
(8:08-cv-03778-HFF)

Submitted: July 21, 2011       Decided: July 25, 2011

Before NIEMEYER and GREGORY, Circuit Judges, and HAMILTON,
Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Taylor Stone Witt, Appellant Pro Se. Thomas Allen Bright,
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, PC, Greenville, South

Carolina, for Appellees.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Taylor Stone Witt appeals the district court's order denying as untimely her motion to amend her complaint. We have reviewed the record and find no reversible error. As Witt filed her motion after the district court dismissed her complaint with prejudice, the motion was clearly untimely. Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED